IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:10CR048 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW T. TRUMP, | ) | |
| | ) | NOTICE OF APPEARANCE AND |
| Defendant. | ) | SUBSTITUTION OF COUNSEL |

Now comes the United States of America, by and through counsel, Steven M. Dettelbach, United States Attorney, and Chelsea S. Rice, Assistant U. S. Attorney, and hereby enters his appearance as attorney of record for the government in the within action, and respectfully requests this Court that She be substituted for, and in place of Blas E. Serrano, for all further proceedings and notices in the within action, as attorney for the United States of America.

                                            Respectfully submitted,

                                            Steven M. Dettelbach
                                            United States Attorney

                                  By:   /s/ Chelsea S. Rice
                                            Chelsea S. Rice
                                            Assistant U.S. Attorney
                                            Reg. No. 0076905
                                            400 United States Courthouse
                                            801 West Superior Avenue
                                            Cleveland, Ohio 44113
                                            216/622-3752/FAX: 522-8355
                                            Chelsea.rice@usdoj.gov

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 3, 2011, a copy of the foregoing Notice of Appearance and Substitution of Counsel was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ Chelsea S. Rice</u>
Chelsea S. Rice
Assistant U. S. Attorney